IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LEONARD,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LASSEN,<br><br>    Defendant. | No. 2:23-CV-1189-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action.

A settlement conference is scheduled before the undersigned for October 22, 2024, at 11:30 a.m., via Zoom. On or before October 15, 2024, the parties must execute and <u>file</u> the attached Waiver of Disqualification to allow the undersigned to conduct the settlement conference. If waivers are not filed by all parties participating in the settlement conference by this date, the hearing will be vacated and, on the parties' joint request, the matter will be referred to another Magistrate Judge for purposes of conducting a settlement conference.

IT IS SO ORDERED.

Dated: September 24, 2024

                                                  DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA LEONARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LASSEN,<br><br>　　　　　Defendant. | No.  2:23-CV-1189-KJM-DMC |

WAIVER OF DISQUALIFICATION

　　　　Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Cota thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Eastern District of California Local Rule 302.


DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　By:  For Plaintiff(s)


DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　By:  For defendant(s)

3