SERENA M. WARNER, ESQ., SB No. 264799
  Email: swarner@akk-law.com
JACOB J. GRAHAM, ESQ., No. 340295
  Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant COUNTY OF LASSEN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LEONARD, | Case No.: 2:23-CV-01189-KJM-DMC |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT** |
| vs. | |
| COUNTY OF LASSEN, et al., | |
| Defendant. | |

**STIPULATION**

Defendant COUNTY OF LASSEN ("Defendant") and Plaintiff LISA LEONARD ("Plaintiff") hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Motion to Amend the Complaint, with a hearing scheduled for January 23, 2025, at 10:00 a.m. (See ECF No. 28);

WHEREAS, Defendant County of Lassen's deadline to file its opposition to Plaintiff's Motion to Amend is currently December 24, 2024;

WHEREAS, the parties are engaging in settlement discussions and wish to extend the briefing deadlines to facilitate those efforts;

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, through their respective counsel, as follows:

Defendant County's deadline to file its opposition to Plaintiff's Motion to Amend is extended to January 10, 2025.

Plaintiff's deadline to file any reply in support of the Motion to Amend is extended to January 17, 2025.

The hearing on Plaintiff's Motion to Amend shall remain scheduled for January 23, 2025, at 10:00 a.m., or as otherwise ordered by the Court.

**IT IS SO STIPULATED**.

Dated:  December 18, 2024                ANGELO, KILDAY & KILDUFF, LLP

                                         */s/ Jacob J. Graham*
                                         By:_____
                                             SERENA M. WARNER
                                             JACOB J. GRAHAM
                                             Attorneys for Defendant COUNTY OF LASSEN

-2-
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

| | |
|---|---|
| Dated:  December 17, 2024 | LAW OFFICE OF JEROME A. CLAY |
| | */s/ Jerome A. Clay, Jr.*<br>*(as authorized on 12.17.24)*<br>By:_____<br>JEROME A. CLAY, JR.<br>Attorneys for Plaintiff LISA LEONARD |

**ORDER**

IT IS HEREBY ORDERED that Defendant County's deadline to file its opposition to Plaintiff's Motion to Amend is extended to January 10, 2025.

Plaintiff's deadline to file any reply in support of the Motion to Amend is extended to January 17, 2025.

The hearing on Plaintiff's Motion to Amend shall remain scheduled for January 23, 2025, at 10:00 a.m., or as otherwise ordered by the Court.

IT IS SO ORDERED.

Dated:  1/8/2025

_____
JUDGE KIMBERLY J. MUELLER